IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SUSAN WELCHLY, | ) | No. 3:13-cv-01105 |
| | ) | |
| Plaintiff, | ) | Chief Judge William J. Haynes, Jr. |
| | ) | |
| v. | ) | |
| | ) | |
| FARMERS BANK AND TRUST COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

*[Handwritten annotation: Granted. The motion is denied as moot. The conference is cancelled. The Court will adopt the parties' proposed case management order. 12-11-13]*

## JOINT MOTION TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE

1. An Initial Case Management Conference has been scheduled in the above-captioned action for Friday, December 13, 2013 at 2:00 p.m. [Docket No. 3.]

2. The parties to this action have conferred, and intend to submit a Joint Proposed Case Management Order for the Court's review and consideration by the close of business on Thursday, December 12, 2013. As reflected in their forthcoming Joint Proposed Case Management Order, the parties have agreed upon proposed dates for the staging of discovery and other pre-trial matters.

3. Lead counsel for Plaintiff is located in Pittsburgh, Pennsylvania.

4. Lead counsel for Defendant is located in Memphis, Tennessee.

5. In the interest of economy of time and expense, counsel for both Plaintiff and Defendant respectfully request permission to attend the December 13, 2013 Initial Case Management Conference telephonically.

WHEREFORE, counsel for the parties hereby respectfully request permission to attend the December 13, 2013 Initial Case Management Conference by telephone.